NUSS, APPELLEE, *v.* HAND-CRAFT CLEANERS ET AL., APPELLANTS.

[Cite as *Nuss v. Hand–Craft Cleaners* (1999), 87 Ohio St.3d 9.]

(No. 98–2091—Submitted September 15, 1999—Decided October 13, 1999.)

*Oldham & Dowling* and *Raymond C. Mueller,* for appellant Hand–Craft Cleaners.

The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for further proceedings on the authority of *Denham v. New Carlisle* (1999), 86 Ohio St.3d 594, 716 N.E.2d 184.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.